UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:18-cr-87-FtM-99MRM

HOLLIE D. DUSTIN
_____

## AMENDED ORDER OF FORFEITURE

The defendant pleaded guilty to Counts One through Three of the Information which charge her with wire fraud, in violation of 18 U.S.C. § 1343, and the United States has established that the defendant obtained $34,001.25 in proceeds as a result of those offenses.

The United States moves under 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, to forfeit the $34,001.25. The motion is **GRANTED**. The United States is entitled to forfeit the $34,001.25 in proceeds the defendant obtained.

Because the $34,001.25 in proceeds was dissipated by the defendant, the United States may seek, as a substitute asset, pursuant to 21 U.S.C. § 853(p), forfeiture of any of the defendant's property up to the value of $34,001.25. Jurisdiction is retained to enter any order necessary for the forfeiture and disposition of any substitute asset and to address any third-party claim.

**DONE and ORDERED** in Fort Myers, Florida, this 4th day of December, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record